PEOPLE ex rel. NEW YORK, W. S. & B. R. CO. et al., Appellants, v. JOHNSON et

al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 18, 1898.) Action by the people of the state of New York, on the relation of the New York, West Shore & Buffalo Railroad Company and another, against Spencer Johnson and others, assessors, etc. No opinion. Motion denied, without prejudice to an application to renew the same after entry of final judgment. See 51 N. Y. Supp. 388.